EXHIBIT 3

**EXHIBIT 5.28**

**Claim Chart for Infringement of U.S. Patent No. 8,172,116
by the LennyLamb LennyUp Carrier**

This chart describes infringement of U.S. Patent No. 8,172,116 patent ("the '116 patent") by the LennyLamb LennyUp Carrier ("LennyUp") as an exemplary product. The LennyUp infringes the specified claims literally and under the doctrine of equivalents. The infringement analysis in this chart is preliminary and Complainant's investigation is ongoing. Complainant reserves the right to provide additional theories under which Respondent's products infringe the '116 patent, or evidence to support its current theories, upon obtaining discovery from Respondent.

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 1 | A carrier for transporting a child by a transporting individual, comprising: | The LennyUp is a carrier for transporting a child by a transporting individual.<br><br><br><br>*See* www.en.lennylamb.com/web_page/20351 |
| 1[a] | a torso support part [1-A1] configured to support the torso of the child placed in the carrier; | <br><br>*See* www.en.lennylamb. |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
|  |  |  |
| 1[b] | a left shoulder strap [1-B1] having an upper [1-B2] and a lower [1-B3] left-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper left coupling point [1-B4] and a lower left coupling point [1-B5] on the torso support part [1-A1]; |  |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
|       |            | *See* www.en.lennylamb.com/web_page/20351<br><br><br><br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 1[c] | a right shoulder strap [1-C1] having an upper [1-C2] and a lower [1-C3] right-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper right coupling point [1-C4] and a lower right coupling point [1-C5] on the torso support part [1-A1]; |  *See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | | <br><br>*See* www.en.lennylamb.com/web_page/20351 |
| 1[d] | a seat support part [1-D1] coupled to the torso support part [1-A1] and configured to support the posterior of the child, wherein the seat support part [1-D1] comprises a left upper-leg-support part [1-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [1-D3] disposed on | "configurable to optionally support at least part of the [] thigh of the child":<br><br> |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and | *See* https://www.youtube.com/watch?v=pBmXKQguuIE.<br><br><br><br>*See* www.en.lennylamb.com/web_page/20351<br><br><br>"otherwise not support the [] thigh of the child":<br><br><br><br>*See* https://www.youtube.com/watch?v=pBmXKQguuIE. |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| | |  *See* Exhibit 5.28.1 (product images) |
| 1[e] | a hip belt [1-E1] coupled to the seat support part [1-D1] and configured for securing about the hips of the transporting individual, |  *See* https://www.youtube.com/watch?v=pBmXKQguuIE. |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
|  |  |  *See* www.en.lennylamb.com/web_page/20351 |
| 1[f] | wherein at least one of the upper leg-support parts [1-D2 or 1-D3] is coupled to the hip belt [1-E1] by a fastening device [1-F1] selected from the group consisting of mating areas of a hook and loop type fastener on that upper-leg-support part and the hip belt and mating snaps [1-F2] on that upper-leg-support part and the hip belt. |  *See* Exhibit 5.28.1 (product images) |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | | <br>*See* Exhibit 5.28.1 (product images) |
| 2 | The carrier as recited in claim 1, further comprising: | *See* above analysis. |
| 2[a] | a first fastener [2-A1] coupled to the left shoulder strap [1-B1] proximate the lower left-strap end [1-B3]; | <br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| | | <br>*See* www.en.lennylamb.com/web_page/20351 |
| 2[b] | a second fastener [2-B1] coupled to the torso support part [1-A1] proximate the lower left coupling point [1-B5], wherein the first fastener [2-A1] is configured for coupling to the second fastener [2-B1]; | <br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
|  |  | <br><br>*See* www.en.lennylamb.com/web_page/20351<br><br><br><br>*See* https://www.youtube.com/watch?v=pBmXKQguuIE. |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| 2[c] | a third fastener [2-C1] coupled to the right shoulder strap [1-C1] proximate the lower right-strap end [1-C3]; and | <br>*See* www.en.lennylamb.com/web_page/20351<br><br><br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | | |
| 2[d] | a fourth fastener [2-D1] coupled to the torso support part [1-A1] proximate the lower right coupling point [1-C5], wherein the third fastener [2-C1] is configured for coupling to the fourth fastener [2-D1]. | *See* www.en.lennylamb.com/web_page/20351<br><br> |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | | *See* www.en.lennylamb.com/web_page/20351<br><br><br><br>*See* https://www.youtube.com/watch?v=pBmXKQguuIE. |
| 5 | The carrier as recited in claim 1, | *See* above analysis. |
| 5[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [5-A1], on the hip, or on the front [5-A2] of the transporting individual. | "Flexibility: two ways of babywearing (front carry from the birth and back carry from the fourth month of life)"<br><br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | | **[5-A1]**  *See* www.en.lennylamb.com/web_page/20351 <br><br> **[5-A2]**  *See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | | |
| 6 | The carrier as recited in claim 5, | *See* above analysis. |
| 6[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [6-A1], | **[6-A1]**  *See* www.en.lennylamb.com/web_page/20351 |
| 6[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual, | |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 6[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [6-C1] or facing away from the transporting individual [6-C2]. | **[6-C1]**<br><br>*See* www.en.lennylamb.com/web_page/20351<br><br>**[6-C2]**<br><br>*See* Exhibit 5.28.1 (product images) |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 7 | The carrier as recited in claim 1, | *See* above analysis. |
| 7[a] | wherein at least one of the upper leg-support parts [1-D2 or 1-D3] comprises a sleeve [7-A1] and wherein the at least one of the upper leg-support parts [1-D2 or 1-D3] can be coupled to the hip belt [1-E1] by passing a portion of the hip belt [7-A2] through the sleeve opening [7-A3] providing, thereby, at least partial support for one of the thighs of the child [7-A4]. | <br>*See* www.en.lennylamb.com/web_page/20351<br><br><br>*See* Exhibit 5.28.1 (product images) |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| | | <br><br>*See* Exhibit 5.28.1 (product images) |
| 9 | A carrier for transporting a child by a transporting individual, comprising: | The LennyUp is a carrier for transporting a child by a transporting individual.<br><br><br><br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 9[a] | a torso support part [9-A1] configured to support the torso of the child placed in the carrier; |  *See* www.en.lennylamb.com/web_page/20351 |
| 9[b] | a left shoulder strap [9-B1] having an upper [9-B2] and a lower [9-B3] left-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper left coupling point [9-B4] and a lower left coupling point [9-B5] on the torso support part [9-A1]; |  *See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| | |  |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 9[c] | a right shoulder strap [9-C1] having an upper [9-C2] and a lower [9-C3] right-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper right coupling point [9-C4] and a lower right coupling point [9-C5] on the torso support part [9-A1]; |   *See* www.en.lennylamb.com/web_page/20351    *See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | | <br><br>*See* www.en.lennylamb.com/web_page/20351. |
| 9[d] | a seat support part [9-D1] coupled to the torso support part [9-A1] and configured to support the posterior of the child, wherein the seat support part [9-D1] comprises a left upper-leg-support part [9-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [9-D3] disposed on the right side of the seat support part and | "configurable to optionally support at least part of the [] thigh of the child":<br><br><br><br>*See* https://www.youtube.com/watch?v=pBmXKQguuIE. |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
|  | configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and | <br><br>*See* www.en.lennylamb.com/web_page/20351<br><br>"otherwise not support the [] thigh of the child":<br><br><br><br>*See* https://www.youtube.com/watch?v=pBmXKQguuIE. |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | |  *See* Exhibit 5.28.1 (product images) |
| 9[e] | a hip belt [9-E1] coupled to the seat support part [9-D1] and configured for securing about the hips of the transporting individual, |  *See* https://www.youtube.com/watch?v=pBmXKQguuIE. |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|------------|-------------------|
| | |  *See* www.en.lennylamb.com/web_page/20351 |
| 9[f] | wherein if one of the upper-leg-support parts [9-D2 or 9-D3] is decoupled from the hip belt [9-E1], that upper-leg-support part is configured such that it is foldable against [9-F1] the seat support part [9-D1] and/or against the torso support part [9-A1]. |  *See* https://www.youtube.com/watch?v=pBmXKQguuIE. |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| 11 | The carrier as recited in claim 9, further comprising: | *See* above analysis. |
| 11[a] | a first fastener [11-A1] coupled to the left shoulder strap [9-B1] proximate the lower left-strap end [9-B3]; | <br><br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | |  *See* www.en.lennylamb.com/web_page/20351 |
| 11[b] | a second fastener [11-B1] coupled to the torso support part [9-A1] proximate the lower left coupling point [9-B5], wherein the first fastener [11-A1] is configured for coupling to the second fastener [11-B1]; |  *See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| | |  *See* www.en.lennylamb.com/web_page/20351  *See* https://www.youtube.com/watch?v=pBmXKQguuIE. |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 11[c] | a third fastener [11-C1] coupled to the right shoulder strap [9-C1] proximate the lower right-strap end [9-C3]; and | <br>*See* www.en.lennylamb.com/web_page/20351<br><br><br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 11[d] | a fourth fastener [11-D1] coupled to the torso support part [9-A1] proximate the lower right coupling point [9-C5], wherein the third fastener [11-C1] is configured for coupling to the fourth fastener [11-D1]. |  *See* www.en.lennylamb.com/web_page/20351  *See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | |  *See* https://www.youtube.com/watch?v=pBmXKQguuIE. |
| 14 | The carrier as recited in claim 9, | *See* above analysis. |
| 14[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [14-A1], on the hip, or on the front [14-A2] of the transporting individual. | "Flexibility: two ways of babywearing (front carry from the birth and back carry from the fourth month of life)" *See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
|       |            | **[14-A1]**  *See* www.en.lennylamb.com/web_page/20351 <br><br> **[14-A2]**  *See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| 15 | The carrier as recited in claim 14, | *See* above analysis. |
| 15[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [15-A1], | [15-A1]<br><br>*See* www.en.lennylamb.com/web_page/20351 |
| 15[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual, | |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 15[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [15C-1] or facing away from the transporting individual [15-C2]. | **[15-C1]**<br><br><br><br>*See* www.en.lennylamb.com/web_page/20351<br><br>**[15-C2]**<br><br><br><br>*See* Exhibit 5.28.1 (product images) |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 16 | The carrier as recited in claim 9, | *See* above analysis. |
| 16[a] | wherein at least one of the upper leg-support parts [9-D2 or 9-D3] comprises a sleeve [16-A1] and wherein the at least one of the upper leg-support parts [9-D2 or 9-D3] can be coupled to the hip belt [9-E1] by passing a portion of the hip belt [16-A2] through the sleeve opening [16-A3] providing, thereby, at least partial support for one of the thighs of the child [16-A4]. |  *See* www.en.lennylamb.com/web_page/20351  *See* Exhibit 5.28.1 (product images) |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | | <br>*See* Exhibit 5.28.1 (product images) |
| 18 | A carrier for transporting a child by a transporting individual, comprising: | The LennyUp is a carrier for transporting a child by a transporting individual.<br><br><br><br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| 18[a] | a torso support part [18-A1] configured to support the torso of the child placed in the carrier; | <br><br>*See* www.en.lennylamb.com/web_page/20351 |
| 18[b] | a left shoulder strap [18-B1] having an upper [18-B2] and a lower [18-B3] left-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper left coupling point [18-B4] and a lower left coupling point [18-B5] on the torso support part [18-A1]; | <br><br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|------------|-------------------|
|       |            |  |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
|  |  |  |
| 18[c] | a right shoulder strap [18-C1] having an upper [18-C2] and a lower [18-C3] right-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper right coupling point [18-C4] and a lower right coupling point [18-C5] on the torso support part [18-A1]; | <br>*See* www.en.lennylamb.com/web_page/20351<br><br> |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | | *See* www.en.lennylamb.com/web_page/20351 <br><br>  <br><br> *See* www.en.lennylamb.com/web_page/20351 |
| 18[d] | a seat support part [18-D1] coupled to the torso support part [18-A1] and configured to support the posterior of the child, wherein the seat support part [18-D1] comprises a left upper-leg-support part [18-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and | "configurable to optionally support at least part of the [] thigh of the child": |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| | a right upper-leg-support part [18-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and | <br><br>*See* https://www.youtube.com/watch?v=pBmXKQguuIE.<br><br><br><br>*See* www.en.lennylamb.com/web_page/20351<br><br>"otherwise not support the [] thigh of the child": |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | |  |

*See* https://www.youtube.com/watch?v=pBmXKQguuIE.



*See* Exhibit 5.28.1 (product images)

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 18[e] | a hip belt [18-E1] coupled to the seat support part [18-D1] and configured for securing about the hips of the transporting individual, |  See https://www.youtube.com/watch?v=pBmXKQguuIE.  See www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 18[f] | wherein the left upper-leg-support part [18-D2] is further configured for coupling to the left side of the hip belt [18-F1], |  *See* https://www.youtube.com/watch?v=pBmXKQguuIE. |
| 18[g] | wherein the right upper-leg-support part [18-D3] is further configured for coupling to the right side of the hip belt [18-G1]. |  *See* https://www.youtube.com/watch?v=pBmXKQguuIE. |
| 19 | The carrier as recited in claim 18, | *See* above analysis. |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 19[a] | wherein if the left upper-leg-support part [18-D2] is coupled to the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is coupled to the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured for supporting the child's thighs proximately perpendicular [19-A1] to the child's body, and |  *See* https://www.youtube.com/watch?v=pBmXKQguuIE.  *See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| 19[b] | wherein if the left upper-leg-support part [18-D2] is decoupled from the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is decoupled from the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured to enable the child's thighs to hang proximately parallel [19-B1] to the child's body. | <br><br>[18-F1]   [18-D2]        [18-D3]   [18-G1]<br><br>*See* https://www.youtube.com/watch?v=pBmXKQguuIE.<br><br><br><br>[19-B1]<br><br>*See* Exhibit 5.28.1 (product images) |
| 20 | The carrier as recited in claim 18, further comprising: | *See* above analysis. |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 20[a] | a first fastener [20-A1] coupled to the left shoulder strap [18-B1] proximate the lower left-strap end [18-B3]; |  *See* www.en.lennylamb.com/web_page/20351  *See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | | |
| 20[b] | a second fastener [20-B1] coupled to the torso support part [18-A1] proximate the lower left coupling point [18-B5], wherein the first fastener [20-A1] is configured for coupling to the second fastener [20-B1]; | *See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | | *See* www.en.lennylamb.com/web_page/20351<br><br><br><br>*See* https://www.youtube.com/watch?v=pBmXKQguuIE. |
| 20[c] | a third fastener [20-C1] coupled to the right shoulder strap [18-C1] proximate the lower right-strap end [18-C3]; and | <br><br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
|  |  |  *See* www.en.lennylamb.com/web_page/20351 |
| 20[d] | a fourth fastener [20-D1] coupled to the torso support part [18-A1] proximate the lower right coupling point [18-C5], wherein the third fastener [20-C1] is configured for coupling to the fourth fastener [20-D1]. |  *See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| | | <br>*See* www.en.lennylamb.com/web_page/20351<br><br><br>*See* https://www.youtube.com/watch?v=pBmXKQguuIE. |
| 23 | The carrier as recited in claim 18, | *See* above analysis. |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 23[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [23-A1], on the hip, or on the front [23-A2] of the transporting individual. | "Flexibility: two ways of babywearing (front carry from the birth and back carry from the fourth month of life)"<br><br>*See* www.en.lennylamb.com/web_page/20351<br><br>**[23-A1]**<br><br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| | | **[23-A2]** <br>*See* www.en.lennylamb.com/web_page/20351 |
| 24 | The carrier as recited in claim 23, | *See* above analysis. |
| 24[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [24-A1], | **[24-A1]** <br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
| 24[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual, | |
| 24[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [24-C1] or facing away from the transporting individual [24-C2]. | **[24-C1]**<br><br>*See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|---|---|---|
| | |  *See* Exhibit 5.28.1 (product images) |
| 25 | The carrier as recited in claim 18, | *See* above analysis. |
| 25[a] | wherein at least one of the upper leg-support parts [18-D2 or 18-D3] comprises a sleeve [25-A1] and wherein the at least one of the upper leg-support parts [18-D2 or 18-D3] can be coupled to the hip belt [18-E1] by passing a portion of the hip belt [25-A2] through the sleeve opening [25-A3] providing, thereby, at least partial support for one of the thighs of the child [25-A4]. |  *See* www.en.lennylamb.com/web_page/20351 |

| Claim | Claim Text | LennyLamb LennyUp |
|-------|-----------|-------------------|
|  |  |  *See* Exhibit 5.28.1 (product images)  *See* Exhibit 5.28.1 (product images) |



